**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMMA JEAN BUTLER, Individually and Mother | * |
| and Next Friend of SHANTESE BUTLER, a Minor | * |
| 41475 Norris Street, Apt.11 | * |
| Leonardtown, Maryland  20650 | * |
| | * |
| Plaintiffs | * |
| | * |
| vs. | * Case No.: _____ |
| | * |
| PLANNED PARENTGHOOD METROPOLITAN | * |
| WASHINGTON, D.C., INC. | * |
| 1108 16TH Street , N.W. | * |
| Washington, D.C. 20036 | * |
| | * |
| SERVE:   Rick T. Clark, Resident Agent | * |
| 1108 16th Street, N.W.     * | |
| Washington, D.C. 20036 | * |
| | * |
| Defendants | * |

## COMPLAINT

COMES NOW, Emma Jean Butler, Individually and as Mother and Next Friend of Shantese Butler, a minor, by and through counsel, John P. Valente, III, Thomas V. Mike Miller, Jr., P.A., who sues Defendant, Planned Parenthood Metropolitan Washington, D.C., Inc., and in support states:

### I. JURISDICTION AND VENUE

1.      That at all times relevant, Plaintiff, Emma Jean Butler, resided in Charles County, Maryland, and is the natural mother of the minor Plaintiff, Shantese Butler, born September 1, 1992, who also resided with her mother in Charles County, Maryland, at all times relevant herein.

2.      That at all times relevant, the minor Plaintiff, Shantese Butler, was provided care and treatment by Defendant, Planned Parenthood Metropolitan Washington, D.C., Inc., (hereinafter "Planned Parenthood"), by and through its agents, apparent agents, servants, physician employees and/or employees, at Planned Parenthood of Metropolitan Washington, D.C., located at 1108 16th Street, N.W., Washington, D.C. 20036.

3.      That at all times relevant, Defendant, Planned Parenthood, owned, operated and/or maintained a facility at 1108 16th Street, N.W., Washington, D.C. 20036, which was at all times relevant herein Defendant's principal place of business.

4.      That at all times relevant, Defendant, Planned Parenthood, and its agents, apparent agents, servants, physician employees and/or employees, held themselves out to the public as competent healthcare providers capable of providing appropriate and reasonable medical care and treatment.

5.      That the minor Plaintiff, Shantese Butler, was treated at Defendant's facility in Washington, D.C., on or about September 7, 2006, and sustained severe, life threatening, life altering and permanent injuries while under the care of Defendant and its agents, apparent agents, servants, physician employees and/or employees.

6.      That this Honorable Court has jurisdiction over this case, pursuant to 28 USCS, Section 1332, as the matter in controversy exceeds the value of $75,000, exclusive of interest and costs, and is between citizens of two (2) different states.

7.      That venue is proper before this Honorable Court, pursuant to 28 USCS, Section 1391, for Defendant resides and does business in the District of Columbia and a substantial part of the events and omissions given rise to this claim occurred in the District of Columbia.

## II. STATEMENT OF FACTS

8.      That the minor Plaintiff, Shantese Butler, was raped in 2006 at thirteen (13) years of age.

9.      That the minor Plaintiff, Shantese Butler, subsequently became pregnant in 2006.

10.     That after consultation with her family and healthcare professionals, Plaintiff and the minor Plaintiff decided to abort the pregnancy.

11.     That Plaintiff and the minor Plaintiff presented to Defendant for a pregnancy termination which was performed by Defendant, by and through its agents, apparent agents, servants, physician employees and/or employees, on or about September 7, 2006.

12.     That Defendant, by and through its agents, apparent agents, servants, physician employees and/or employees, performed a suction dilation and curettage on the minor Plaintiff, Shantese Butler, to terminate the pregnancy.

13.     That subsequent to the termination procedure performed by Defendant, by and through its agents, apparent agents, servants, physician employees and/or employees on September 7, 2006, the minor Plaintiff, Shantese Butler, was discharged from Defendant's facility and was advised to return in two (2) weeks for a post operative checkup.

14.     That within twenty-four (24) hours of her discharge from Defendant's facility after the termination procedure, the minor Plaintiff, Shantese Butler, became very ill.

15.     That on or about September 8, 2006, the minor Plaintiff, Shantese Butler, presented to the emergency room at Civista Medical Center with severe abdominal pain and peritonitis.

16.    That a CT scan of the minor Plaintiff's abdomen on September 8, 2006, showed a significant amount of bleeding in the abdomen with free air. Consequently, the minor Plaintiff underwent immediate emergency surgery to evacuate the large abdominal bleeding the day after the termination procedure performed by Defendant, by and through its agents, apparent agents, servants, physician employees and/or employees.

17.    That during the surgery on September 8, 2006, it was discovered, intra-operatively, that the minor Plaintiff, Shantese Butler, had suffered the following injuries as a direct and proximate result of the termination procedure performed by Defendant, by and through its agents, apparent agents, servants, physician employees and/or employees on or about September 7, 2006:

    a.    severe abdominal bleeding;
    b.    severe vaginal injury;
    c.    severe injury to the cervix;
    d.    significant uterine perforation; and
    e.    a small bowel tear.

18.    That a significant portion of the fetus that was allegedly removed from the minor Plaintiff, Shantese Butler, during the pregnancy termination performed by Defendant, was also found inside the minor Plaintiff's abdomen on September 8, 2006.

19.    That the minor Plaintiff, Shantese Butler, is now infertile for the rest of her life due to the injuries sustained during the termination procedure performed by the Defendant, by and through its agents, servants, apparent agents, physician employees and/or employees, on September 7, 2006.

## COUNT I
### (Medical Negligence)

20.    That the Plaintiff hereby repeats and realleges as set forth fully herein the allegations contained in paragraphs 1 through 19 of this Complaint.

21.    That on or about September 7, 2006, Defendant and its agents, apparent agents, servants, physician employees and/or employees undertook to provide health and medical care to the minor Plaintiff, Shantese Butler.

22.    That in undertaking such care, Defendant and its agents, apparent agents, servants, physician employees and/or employees agreed to provide health and medical care to the minor Plaintiff, Shantese Butler, consistent with all applicable standards of care.

23.    That at all times relevant, Defendant and its agents, apparent agents, servants, physician employees and/or employees owed a duty to Plaintiff and minor Plaintiff to provide medical care and treatment consistent with all applicable standards of care.

24. That notwithstanding the aforesaid duties owed to Plaintiff and minor Plaintiff, Defendant, Planned Parenthood, and its agents, apparent agents, servants, physician employees and/or employees were negligent, careless, reckless and deviated from the applicable standards of care, and generally breached their duties owed to Plaintiff and the minor Plaintiff by, amongst other things:

   a. failing to adequately and properly treat the minor Plaintiff, Shantese Butler;
   b. failing to recognize a uterine perforation intra-operatively;
   c. failing to recognize a severe vaginal injury intra-operatively and/or before discharging the minor Plaintiff, Shantese Butler;
   d. failing to recognize an injury to the cervix intra-operatively and/or before discharging the minor Plaintiff, Shantese Butler;
   e. failing to recognize an incomplete abortion;
   f. injuring the bowel of the minor Plaintiff, Shantese Butler, due to negligently performing the suction dilation and curettage;
   g. performing the suction dilation and curettage procedure in a negligent manner; and
   h. otherwise providing medical care and treatment in a negligent manner and in violation of the applicable standards of care.

25. That as a direct and proximate result of the negligent acts of Defendant, Planned Parenthood, and its agents, servants, apparent agents, servants, physician employees and/or employees, as described above, the minor Plaintiff, Shantese Butler, is no infertile for her entire life.

26. That as a direct and proximate result of the negligent acts of Defendant, Planned Parenthood, and its agents, servants, apparent agents, servants, physician employees and/or employees, as described above, the minor Plaintiff, Shantese Butler, suffered, amongst other things:

   a. a severe vaginal injury;
   b. a severe injury to the cervix;
   c. a significant uterine perforation;
   d. a bowel tear; and
   e. abdominal bleeding.

27. That as a direct and proximate result of the negligent acts of Defendant, Planned Parenthood, and its agents, servants, apparent agents, servants, physician employees and/or employees, as described above, the minor Plaintiff, Shantese Butler, suffered, and will continue to suffer, great pain and suffering, as well as severe mental anguish.

28. That as a direct and proximate result of the negligent acts of Defendant, Planned Parenthood, and its agents, servants, apparent agents, servants, physician employees and/or employees, the minor Plaintiff, Shantese Butler, received severe, painful and permanent injuries to her body, as well as severe and protracted shock to her nervous system, all of which have caused and will continue to cause her great pain and mental anguish.

29. That as a further direct and proximate result of the negligent acts of Defendant, Planned Parenthood, and its agents, servants, apparent agents, servants, physician employees and/or employees, the Plaintiff, Emma Jean Butler, has been forced to expend, and she and the minor Plaintiff, Shantese Butler, will continue to expend in the future, large sums of money for hospitalization, surgeries, diagnostic studies, doctors, nurses, medical treatment and medications for the above-stated injuries to the minor Plaintiff, Shantese Butler.

30. That as a further and direct and proximate result of the negligent acts of Defendant, Planned Parenthood, and its agents, servants, apparent agents, servants, physician employees and/or employees, the Plaintiff, Emma Jean Butler, and the minor Plaintiff, Shantese Butler, have suffered and will continue to suffer in the future great economic and non-economic damages.

WHEREFORE, the Plaintiffs, Emma Jean Butler, Individually and as Mother and Next Friend of Shantese Butler, a Minor, demand judgment against Defendant, Planned Parenthood, in the amount of Fifty Million Dollars ($50,000,000), plus costs.

Respectfully submitted:

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
Bar No.: 22233
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland  20735
(301) 856-3030
Counsel for Plaintiff

## JURY DEMAND

The Plaintiffs demand trial by jury in the above-captioned matter.

_____
John P. Valente, III

JS-44
(Rev.1/05 DC)

### I. (a) PLAINTIFFS

Emma Jean Butler, Individually and as Mother and Next Friend of Shantese Butler, a Minor

### DEFENDANTS

Planned Parenthood Metropolitan Washington, D.C., Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

John P. Valente, III, Esq.   (301) 856-3030
Thomas V. Mike Miller, Jr., P.A.
P.O. Box 219/8808 Old Branch Avenue
Clinton, Maryland  20735

ATTORNEYS (IF KNOWN)

Case: 1:08-cv-00231
Assigned To : Walton, Reggie B.
Assign. Date : 2/12/2008
Description: PI/Malpractice

*JURY ACTION*

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
● 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ● 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

● **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☒ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**   OR   ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 1332 & 28 U.S.C. 1391-Defendant negligently performed a termination procedure resulting in internal injuries & minor Plaintiff is now infertile.

**VII. REQUESTED IN COMPLAINT** — CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ — DEMAND $ 50,000,000.00 — Check YES only if demanded in complaint — JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE 2/11/08     SIGNATURE OF ATTORNEY OF RECORD _____

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.