UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA JEAN BUTLER, Individually and as Mother and Next Friend of Shantese Butler, a Minor | * * * * |
| Plaintiffs | * * |
| vs. | * Case No.: **1:08-CV-00231** * |
| PLANNED PARENTHOOD METROPOLITAN WASHINGTON, D.C., INC. | * * * * |
| Defendant | * |

*********************************************************************

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies that he executed service of process upon _Nancy Hoffman_, at _1108 16th St, N.W., Washington, D.C._ on the _19_ day of _February_, 2008 at _2:05_ a.m./p.m., by delivering to him/her a Summons, issued on February 12, 2008, and a copy of the Complaint filed in the above-captioned matter. The undersigned further certifies that he is over 18 years of age and not a party to this action.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

William Robb
Process Server
P.O. Box 894
Clarksburg, Maryland 20871
(301) 674-4546

SUBSCRIBED AND SWORN to before me this _19th_ day of _February_, 2008.

NOTARY PUBLIC
My Commission expires

Marielle Brooks
NOTARY PUBLIC
Prince George's County, MD
My Commission Expires 5-9-09

Leroy Mark Monk