AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

EMMA JEAN BUTLER, Individually and as mother
and next friend of Shantese Butler, a minor   )
                                              )
        Plaintiff(s)                          )    **APPEARANCE**
                                              )
                                              )
        vs.                                   )    CASE NUMBER   1:08-CV-00231
PLANNED PARENTHOOD OF                         )
METROPOLITAN WASHINGTON, D.C., INC.           )
        Defendant(s)                          )


To the Clerk of this court and all parties of record:

Please enter the appearance of   Mara B. Zusman   as counsel in this
                                 (Attorney's Name)

case for:   Planned Parenthood of Metropolitan Washington, D.C., Inc.
            (Name of party or parties)


3/10/08
----------------                          ----------------
Date                                      Signature

                                          Mara B. Zusman
D.C. Bar No. 491833                       ----------------
----------------                          Print Name
BAR IDENTIFICATION
                                          Venable LLP, 575 7th Street, NW
                                          ----------------
                                          Address

                                          Washington, DC  20004
                                          ----------------
                                          City          State          Zip Code

                                          (202) 344-4953
                                          ----------------
                                          Phone Number

1

/s/ _____
Of counsel:
Nell B. Strachan
Venable LLP
210 Allegheny Avenue
Towson, MD 21204
(410) 494-6345

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Mara B. Zusman's Appearance was served this 10th day of March, 2008, by U.S. Mail and the Court's electronic filing system upon the following:

John P. Valente III
Thomas V. Mike Miller, Jr., P.A.
P.O. Box 219
8808 Old Branch Avenue
Clinton, MD 20735

*Attorneys for Plaintiff*

                                                                              /s/
                                               Mara B. Zusman