## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA JEAN BUTLER, Individually and as mother and next friend of Shantese Butler, a minor, | * * * | Case: 1:08-cv-00231  Assigned to: Hon. Reggie B. Walton |
| Plaintiff, | * | |
| v. | * | |
| PLANNED PARENTHOOD OF METROPOLITAN WASHINGTON, D.C., INC., | * * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER EXTENDING TIME TO
## ANSWER, MOVE, OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties hereto, that Defendant Planned Parenthood of Metropolitan Washington, D.C., Inc. shall have until and including April 4, 2008 to answer, move, or otherwise respond to the Complaint in the above-captioned action.

 /s/                                                         /s/                                        
John P. Valente, III                               Mara B. Zusman
Thomas V. Mike Miller, Jr. P.A.          D.C. Bar No. 491833
P.O. Box 219                                         Venable, LLP
8808 Old Branch Ave.                         575 7th St., N.W.
Clinton, MD 20735                               Washington, DC 20004
(301)   856-3030                                   (202) 344-4953

*Attorneys for Plaintiff*                       *Attorney for Defendant Planned Parenthood of Metropolitan Washington, D.C., Inc.*

          /s/  
Of counsel:  
Nell B. Strachan  
Venable LLP  
210 Allegheny Avenue  
Towson, MD  21204  
(410) 494-6345  

**SO ORDERED** this ___ day of _____, 2008.

_____  
Hon. Reggie B. Walton  
United States District Judge  

#BA2/337913 v2