**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EMMA JEAN BUTLER, | * | Case:  1:08-cv-00231 |
| Individually and as mother | | |
| and next friend of Shantese | * | Assigned to: |
| Butler, a minor, | | Hon. Reggie B. Walton |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | |
| | * | |
| | | |
| PLANNED PARENTHOOD OF | * | |
| METROPOLITAN WASHINGTON, | | |
| D.C., INC., | * | |
| | | |
| Defendant. | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

**STIPULATION AND ORDER EXTENDING TIME TO**
**ANSWER, MOVE, OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the

parties hereto, that Defendant Planned Parenthood of Metropolitan Washington, D.C.,

Inc. shall have until and including April 4, 2008 to answer, move, or otherwise respond to

the Complaint in the above-captioned action.


 /s/_____            /s/_____
John P. Valente, III                        Mara B. Zusman
Thomas V. Mike Miller, Jr. P.A.       D.C. Bar No. 491833
P.O. Box 219                               Venable, LLP
8808 Old Branch Ave.                    575 7th St., N.W.
Clinton, MD 20735                        Washington, DC 20004
(301)   856-3030                          (202) 344-4953

*Attorneys for Plaintiff*                   *Attorney for Defendant Planned*
                                                 *Parenthood of Metropolitan Washington,*
                                                 *D.C., Inc.*

_/s/_____

Of counsel:
Nell B. Strachan
Venable LLP
210 Allegheny Avenue
Towson, MD  21204
(410) 494-6345


**SO ORDERED** this ___ day of _____, 2008.


_____
Hon. Reggie B. Walton
United States District Judge


#BA2/337913 v2