IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA JEAN BUTLER, Individually and as mother and next friend of Shantese Butler, a minor, | * * * | Case:  1:08-cv-00231 Assigned to: Hon. Reggie B. Walton |
| Plaintiff, | * | |
| v. | * * | |
| PLANNED PARENTHOOD OF METROPOLITAN WASHINGTON, D.C., INC., | * * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Mara B. Zusman, a member in good standing of the Bar of the United States District Court for the District of Columbia, hereby move this Court to enter an Order permitting the admission *pro hac vice* of Nell B. Strachan, a partner with the law firm of Venable LLP, to practice *pro hac vice* before the United States District Court for the District of Columbia to represent Defendant Planned Parenthood of Metropolitan Washington, D.C., Inc. in the above-captioned matter.

John P. Valente, III, counsel for Plaintiff, has indicated his consent to the admission *pro hac vice* of Ms. Strachan.

      Attached hereto as Exhibit A is a Declaration of Nell B. Strachan in support of this Motion.

Dated:  April 15, 2008

Respectfully submitted,

/s/
Mara B. Zusman (D.C. Bar No. 491833)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4953 telephone
(202) 344-8300 facsimile

*Counsel for Defendant Planned Parenthood of Metropolitan Washington, D.C., Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA JEAN BUTLER, Individually and as mother and next friend of Shantese Butler, a minor, | * * * | Case: 1:08-cv-00231 Assigned to: Hon. Reggie B. Walton |
| Plaintiff, | * | |
| v. | * | |
| PLANNED PARENTHOOD OF METROPOLITAN WASHINGTON, D.C., INC., | * * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2008, a true and accurate copy of the foregoing Motion for Admission *Pro Hac Vice* and Proposed Order was sent by the Court's ECF system to counsel for Plaintiff:

> John P. Valente III, Esquire
> Thomas V. Mike Miller, Jr., P.A.
> P.O. Box 219
> 8808 Old Branch Avenue
> Clinton, MD 20735

_____/s/_____
Mara B. Zusman

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA JEAN BUTLER,<br>Individually and as mother<br>and next friend of Shantese<br>Butler, a minor,<br><br>      Plaintiff,<br><br>v.<br><br>PLANNED PARENTHOOD OF<br>METROPOLITAN WASHINGTON,<br>D.C., INC.,<br><br>      Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case: 1:08-cv-00231<br><br>Assigned to:<br>Hon. Reggie B. Walton |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION OF NELL B. STRACHAN
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Nell B. Strachan, hereby declare as follows:

1.      I am a partner in the firm of Venable LLP in Towson, Maryland.

2.      My business address is: Venable LLP, 210 Allegheny Avenue, Post Office Box 5517, Towson, Maryland 21285. My telephone number is (410) 494-6345.

3.      I was admitted to the practice of law in the Court of Appeals of Maryland in 1974, and subsequently to the United States Courts of Appeal for the Fourth and Sixth Circuits, and to the United States District Court for the District of Maryland.

4.      I have never been disciplined by any of the bars to which I have been admitted.

5. I was admitted *pro hac vice* in this Court once within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I, Nell B. Strachan, declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on: April 15, 2008

_____
Nell B. Strachan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA JEAN BUTLER, Individually and as mother and next friend of Shantese Butler, a minor, | * * * | Case:  1:08-cv-00231<br><br>Assigned to:<br>Hon. Reggie B. Walton |
| Plaintiff, | * | |
| v. | * * | |
| PLANNED PARENTHOOD OF METROPOLITAN WASHINGTON, D.C., INC., | * * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice*, it is hereby ORDERED that such motion is granted, and that Nell B. Strachan is hereby admitted to appear before this Court *pro hac vice*, on behalf on Defendant, Planned Parenthood of Metropolitan Washington, D.C., Inc., in the above-captioned matter.

Dated: _____, 2008

_____
Judge

cc:   John P. Valente III, Esquire
      Thomas V. Mike Miller, Jr., P.A.
      P.O. Box 219
      8808 Old Branch Avenue
      Clinton, MD 20735

Mara B. Zusman, Esquire
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004

Nell B. Strachan, Esquire
210 Allegheny Avenue
Post Office Box 5517
Towson, Maryland  21285