## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA JEAN BUTLER, Individually and Mother and Next Friend of SHANTESE BUTLER, a Minor | * * * | |
| Plaintiff | * * | |
| vs. | * * | Case No.: <u>1:08-cv-00231</u> |
| PLANNED PARENTHOOD METROPOLITAN WASHINGTON, D.C., INC. | * * * | Assigned to: Hon. Reggie B. Walton |
| Defendant | * | |

### JOINT MEET AND CONFER STATEMENT

COME NOW, the parties, by and through counsel, who file this Joint Meet and Confer Statement pursuant to Local Civil Rule 16.3(c), and state as follows:

### Plaintiff's Statement of Facts

The minor Plaintiff, Shantese Butler, (DOB: 9/1/92), was raped at thirteen (13) years of age. She subsequently became pregnant, and after consultation with family and healthcare professionals, decided to abort the pregnancy. The minor Plaintiff presented to the Defendant for a pregnancy termination on or about September 7, 2006, at which time Defendant performed a suction dilation and curettage on Shantese to terminate the pregnancy. Shantese was subsequently discharged from Defendant's facility and was advised to return in two (2) weeks for a post operative check-up; however, within twenty-four (24) hours of her discharge, Shantese became very ill and was rushed to the emergency room at Civista Medical Center with severe abdominal pain and peritonitis. Shantese underwent emergency surgery at Civista Medical Center on September 8, 2006 to evacuate large abdominal bleeding which was caused by the pregnancy termination procedure performed by Defendant. During this operation, it was discovered that a significant portion of the fetus that was allegedly removed by the Defendant was still present in the abdomen in the minor Plaintiff. Moreover, the following injuries caused by the Defendant were discovered intraoperatively:

a.    severe abdominal bleeding;
b.    severe vaginal injury;
c.    severe injury to cervix;
d.    significant uterine perforation; and
e.    a small bowel tear.

Plaintiff recently underwent a hysterosalpingogram which showed a complete bilateral tube blockage. Accordingly, Shantese is now infertile for her entire life.

Plaintiff has brought this lawsuit claiming that Defendant committed medical malpractice during the performance of the D&C. Plaintiff further contends that as a direct and proximate result of the medical negligence of the Defendant, Shantese sustained significant economic and non-economic damages, including, but not limited to, internal injuries which have now rendered her infertile.

### Defendant's Statement of Facts

The procedure was performed in conformity with the applicable standard of care and pursuant to an Informed Consent given by the minor's mother, after appropriate counseling and communication. Defendant believes that the minor plaintiff's injuries are less serious or extensive than alleged.

### Rule 16.3(c) Matters

1.  This case is not likely to be disposed of by dispositive motions.
2.  The parties recommend that June 4, 2008 should be the date by which any other parties shall be joined or the pleadings be amended.
3.  The parties do not wish to have this case assigned to a Magistrate Judge at this time.
4.  The parties believe there is a realistic possibility of settling this case.
5.  The parties agree that ADR in the form of mediation through a mediator assigned by this Honorable Court would benefit both parties.
6.  It is unlikely that this case will be resolved by a motion for summary judgment or motion to dismiss. Nonetheless, the parties would recommend November 17, 2008 as a deadline for filing all dispositive motions. The parties further recommend December 17, 2008 as a proposed date for responding to such motions, and recommend January 5, 2009 for any reply briefs.
7.  The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.
8.  The parties anticipate exchanging written discovery as well as conducting depositions of fact witnesses and experts. The parties anticipate that fact discovery can be completed by November 1, 2008, and expert discovery can be completed by January 5, 2009. Moreover, the Plaintiff will move for a limited protective order and Defendant will oppose the Motion. Thus, the parties request that the briefing with respect to this Motion be completed by July 15, 2008.
9.  The parties do not request a modification of the requirements outlined in Rule 26(a)(2) of the Federal Rules of Civil Procedure. Moreover, the parties are of the opinion that the depositions of all experts should occur prior to January 5, 2009.
10. Not applicable.
11. The parties do not request that the trial and/or discovery be bifurcated or managed in phases.
12. The parties request a pretrial conference on February 15, 2009.
13. The parties are agreeable to this Honorable Court setting a firm trial date at the first scheduling conference.
14. The parties are unaware of any other matters that they believe may be appropriate for inclusion in a scheduling order.

Respectfully submitted:

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
Bar No.: 22233
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland  20735
(301) 856-3030
Counsel for Plaintiff

and

VENABLE, LLP

_____
Mara B. Zusman         /mb
Bar No.: 491833
575 7th Street, N.W.
Washington, D.C.  20004
(202) 344-4953

and

_____
Nell B. Strachan         / mb
Admitted Pro Hac Vice
210 Alleghany Avenue
P.O. Box 5517
Towson, Maryland 21285
(410) 494-6345
Counsel for Defendant