UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMMA J. BUTLER <br> ex rel. SHANTESE BUTLER, a minor, <br><br> Plaintiff, <br><br> v. <br><br> PLANNED PARENTHOOD OF <br> METROPOLITAN WASHINGTON, <br> D.C., INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 08-231 (RBW) |

## SCHEDULING ORDER

In accordance with the Court's oral instructions at the initial scheduling conference held on May 16, 2008, it is

**ORDERED** that this case is assigned to the Court's Standard Track. It is further

**ORDERED** that all discovery in this case (except expert discovery) shall close on November 1, 2008. It is further

**ORDERED** that the parties shall file their dispositive motions, if any they wish to file, on or before November 17, 2008. It is further

**ORDERED** that the parties shall file their oppositions to any dispositive motions, if any they wish to file, on or before December 17, 2008. It is further

**ORDERED** that the parties shall file their reply memoranda in support of any dispositive motions, if any they wish to file, on or before January 5, 2009. It is further

**ORDERED** that expert witness discovery in this case shall close on January 5, 2009. It

is further

**ORDERED** that this case shall be referred to the Court's Alternative Dispute Resolution program for mediation beginning on November 1, 2008, and terminating on January 7, 2008. It is further

**ORDERED** that the parties shall appear before this Court for a pre-trial conference on April 10, 2009, at 9:30 a.m.

**SO ORDERED** this 16th day of May, 2008.

                                                    REGGIE B. WALTON
                                                    United States District Judge