IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA JEAN BUTLER, Individually and as Parent and Next Friend of Shantese Butler, a Minor<br><br>    Plaintiffs<br><br>v.<br><br>PLANNED PARENTHOOD OF METROPOLITIAN WASHINGTON D.C., INC.<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*   Case No.: **1:08-CV-00231**<br>*<br>*<br>*<br>*<br>*<br>* |

## STIPULATION OF DISMISSAL

Please dismiss the above-captioned action and enter same as "Settled, Satisfied and Dismissed With Prejudice".

Respectively Submitted:

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(Counsel for Plaintiffs)

VENABLE LLP

_____
Nell Strachan
Maria Rodriguez
750 East Pratt Street
Baltimore, Maryland 21202
(Counsel for Defendant)