# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMMA JEAN BUTLER <br> ex rel. SHANTESE BUTLER, <br><br> Plaintiff, <br><br> v. <br><br> PLANNED PARENTHOOD <br> OF METROPOLITAN <br> WASHINGTON, D.C., INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 08-231  (RBW) |

**ORDER**

The Court having considered the Motion to Withdraw Funds filed by the plaintiff on September 17, 2009, and it appearing to the Court that there is good cause to grant the relief requested therein, it is

**ORDERED** that the motion is **GRANTED**.  It is further

**ORDERED** that the trustee may sign the residential contract of sale and HUDD 1 for the purchase of the residential property located at 1007 Poston Drive in Saint Charles, Maryland.  It is further

**ORDERED** that the trustee may withdraw $255,891 from the plaintiff's trust fund to purchase the residential property described above.  It is further

**ORDERED** that the property described above shall be held in trust by the plaintiff's trustee for the plaintiff until she reaches the age of majority.  It is further

**ORDERED** that the Court's May 19, 2009 Order is **VACATED**.  It is further

**ORDERED** that the plaintiff's May 15, 2009 Motion to Withdraw Funds to purchase the residential property located at 3502 Delaney Street in Clinton, Maryland is **DENIED** as moot.

**SO ORDERED** this 5th day of October, 2009.

REGGIE B. WALTON<br>
United States District Judge